(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Middle District of Florida | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PEACHEY, BRIAN W** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>**Brian William Peachey** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-4034** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**149 Poplar Drive**<br>**Interlachen, FL 32148** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Putnam** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [ ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>PEACHEY, BRIAN W | FORM B1, Page 2 |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor BRIAN W PEACHEY

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

6/17/04
Date

X _J. Allen Bolcoher (for)_
Signature of Attorney for Debtor(s)
**David J. Pinkston 0985619**    0A3544
Printed Name of Attorney for Debtor(s)

**Pinkston and Pinkston, P.A.**
Firm Name

**P.O. Box 4608**
**Jacksonville, FL 32201**
Address

**904-389-5880  Fax: 904-389-9957**
Telephone Number

6/17/04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _J. Allen Bolcoher_   6/17/04
Signature of Attorney for Debtor(s)   Date
**David J. Pinkston 0985619**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C § 110(c))

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

BRIAN W PEACHEY  
149 POPLAR DRIVE  
INTERLACHEN, FL 32148

DIV ADJ SERV  
600 COON RAPIDS BV  
COON RAPIDS, MN 55433

MEDCLR INC  
POB 8547  
PHILADELPHIA, PA 19101

DAVID J. PINKSTON  
PINKSTON AND PINKSTON, P A  
P.O. BOX 4608  
JACKSONVILLE, FL 32201

EMERGE/PVN  
PO BOX 105655  
ATLANTA, GA 30348

NATIONAL CREDIT ADJUST  
327 W 4TH AVE  
HUTCHINSON, KS 67501

ALLIED INTERSTATE, INC  
3000 CORPORATE EXCHANGE  
COLUMBUS, OH 43231

FID COLECT  
220 E MAIN ST  
ALLIANCE, OH 44601

NCO FIN SYS  
100 CONSTITUTION A  
UPPER DARBY, PA 19082

AMERICREDIT  
801 CHERRY ST STE 3900  
FORT WORTH, TX 76102

FIDELITY PROPERTIES IN  
220 E MAIN ST  
ALLIANCE, OH 44601

PLAINS COMM  
3401 N LOUISE AVE  
SIOUX FALLS, SD 57107

ARGENT HEALTHCARE FIN  
1900 W SEVERS RD  
LAPORTE, IN 46350

FIRST NATL BK MARIN  
PO BOX 98875  
LAS VEGAS, NV 89193

PLAINS COMMERCE BANK  
3401 N LOUISE AVE  
SIOUX FALLS, SD 57107

ATTENTION CA  
1000 F NORTH TRAVI  
SHERMAN, TX 75090

HFC NEVADA  
841 SEAHAWK CIR  
VIRGINIA BEACH, VA 23452

PROVIDIAN  
4940 JOHNSON DR  
PLEASANTON, CA 94566

CBCS  
2644 W MARKET ST  
AKRON, OH 44333

HHLD BANK  
POB 98706  
LAS VEGAS, NV 89193

WACH/REC  
PO BOX 2248  
JACKSONVILLE, FL 32203

CITI  
701 E 60TH ST N  
SIOUX FALLS, SD 57117

HHLD BANK  
PO BOX 98706  
LAS VEGAS, NV 89193

COMPUCRED  
4190 HARRISON AV  
CINCINNATI, OH 45211

J J MARSHALL & ASSOC  
6060 COLLECTION DR  
SHELBY TOWNSHIP, MI 48316